UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 DEC -3  PM 2: 53

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| KIRK WOOL, | ) |
| Petitioner, | ) |
| v. | ) Case No. 5:15-cv-00208 |
| ANDREW PALLITO, | ) |
| Respondent. | ) |

**ENTRY ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION
(Docs. 1, 4)**

The Report and Recommendation of the United States Magistrate Judge was filed on September 29, 2015.  Plaintiff's objections were filed on October 13, 2015 and October 19, 2015.

A district judge must make a *de novo* determination of those portions of a magistrate judge's report and recommendation to which an objection is made. Fed R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1); *Cullen v. United States*, 194 F.3d 401, 405 (2d Cir. 1999).  The district judge may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *accord Cullen*, 194 F.3d at 405.

After careful review of the file, the Magistrate Judge's Report and Recommendation, and the objections, this court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.  It is hereby ORDERED that this case be TRANSFERRED pursuant to 28 U.S.C. § 2244(b) to the United States Court of Appeals for the Second Circuit.

Dated at Rutland, in the District of Vermont, this 3rd day of December, 2015.

_____
Geoffrey W. Crawford, Judge
United States District Court